IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WOODS, # 185448, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:11cv240-ID |
| | )               (WO) |
| BULLOCK COUNTY JAIL, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**OPINION and ORDER**

On May 23, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 14). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

    1.    The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

    2.    The plaintiff's claims against the Bullock County Jail, the Bullock County Sheriff's Department, the Bullock County Jail Medical Staff and Dr. Janice Hooks be and are hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

    3.    The Bullock County Jail, the Bullock County Sheriff's Department, the Bullock County Jail Medical Staff and Dr. Janice Hooks be and are hereby DISMISSED as defendants in this cause of action; and

4. This case, with respect to the plaintiff's claims against the remaining defendants, be and is hereby REFERRED BACK to the Magistrate Judge for appropriate proceedings.

Done this 15th day of June, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE