IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WOODS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:11-CV-240-WKW |
| | ) |
| SHERIFF RAYMOND RODGERS, | ) |
| *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 47), and upon an independent review of the file in this case, it is ORDERED as follows:

(1)    The Recommendation of the Magistrate Judge is ADOPTED;

(2)    Defendant Dr. Tahir Siddiq's motion for summary judgment (Doc. # 12) is GRANTED;

(3)    This action is DISMISSED as to Defendant Siddiq with prejudice;

(4)    Defendants Rodgers's and Pritchett's motion to dismiss (Doc. # 25) is GRANTED due to Plaintiff's failure to exhaust available administrative remedies available during Plaintiff's confinement at Bullock County Jail (*see* 42 U.S.C. § 1997e(a));

(5)     This action is DISMISSED with prejudice as to Defendants Rodgers and Pritchett; and

(6)     All costs incurred are TAXED against Plaintiff.

An appropriate judgment will be entered.

DONE this 6th day of March, 2012.

                                                    /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE